Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'10 MAR 02 08:25USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

PATRICIA NORRIS

     Plaintiff,

     v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

     Defendant.

CV 09-6203-MO

ORDER FOR EAJA
ATTORNEY FEES

---

Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $1,952.12 for attorney fees to Plaintiff in care of Plaintiff's attorney

to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

     It is so ORDERED

     Dated this _2_ day of 2010

United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES